IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LEIF JAMELL-KEON LAMBERT,

    Plaintiff,

v.                               Civil Action No. 3:25cv449

HENRICO REGIONAL JAIL EAST, *et al.*,

    Defendants.

## MEMORANDUM OPINION

On June 30, 2025, the Court conditionally docketed Plaintiff's action. (ECF No. 3.) Plaintiff requested leave to proceed *in forma pauperis*. (ECF No. 2.) By Memorandum Order entered on August 15, 2025, (ECF No. 11) Court directed Plaintiff to pay an initial partial filing fee of $68.52 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within thirty (30) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Final Order shall issue.

                                                            /s/

Date: 9/22/05                                  M. Hannah Lauck
Richmond, Virginia                        United States District Judge